In the Matter of COUNTY OF CAYUGA, Appellant, v NIRAV R. SHAH, Commissioner, New York State Department of Health, et al., Respondents.

Submitted August 3, 2015; decided October 27, 2016

Motion for leave to appeal denied on the ground that an appeal lies as of right (CPLR 5601 [b] [1]).

Judges STEIN and FAHEY taking no part.